# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:19CR162-MOC-SCR |
| ) | (Financial Litigation Unit) |
| TARA D. SMITH, ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| WON LIFE HOLDINGS LLC, ) | |
| Garnishee. ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Garnishee Won Life Holdings LLC. Judgment in the criminal case was filed on October 26, 2018 (Doc. No. 1-2), as amended on March 21, 2019 (Doc. No. 1-3). As part of that Judgment,[1] the Court ordered Defendant Tara D. Smith to pay an assessment of $100.00 and restitution of $91,389.00 to the victims of the crime. *Id*.

On December 4, 2023, the Court entered a Writ of Continuing Garnishment ("Writ") as to the Garnishee, Won Life Holdings LLC. (Doc. No. 7). The Defendant and Garnishee were served by the United States of America. (Doc. No. 9, Doc. No. 11). The Defendant received the Writ and Instructions notifying her of her right to request a hearing on December 19, 2023. (Doc. No. 11-2). The Garnishee received the Writ and Instructions on December 12, 2023. (Doc. No. 11-1). The Garnishee filed an Answer on December 18, 2023, stating that at the time of service of the Writ, the Garnishee had in its custody, control, or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. (Doc. No. 10). The Garnishee certified that it served the Answer on the Defendant on December 13, 2023. (Id.) The Defendant did not request

---

[1] The Judgment and Amended Judgement was entered by the U.S. District Court for the Northern District of Illinois. Jurisdiction of the case was transferred to the Western District of North Carolina on June 11, 2019.

1

a hearing, and the statutory time to do so has elapsed.

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $90,004.73 computed through November 30, 2023. The Garnishee shall pay the Plaintiff, United States of America, up to the lesser of:

1. twenty-five percent (25%) of the Defendant's disposable earnings which remain after all deductions required by law have been withheld, or

2. the amount by which the Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

*See* 15 U.S.C. § 1673(a). The Garnishee shall continue payments until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following information should be included on each check: Defendant Tara D. Smith and Court Number DNCW3:19CR162.

**IT IS FURTHER ORDERED** that the Garnishee shall advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

**IT IS FURTHER ORDERED** that the Plaintiff shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**. Signed: January 16, 2024

*/s/ Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge