IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CR-162-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TARA D. SMITH, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| WON LIFE HOLDINGS LLC, | ) |
| Garnishee. | ) |

## **DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant as to the Garnishee is DISMISSED.

**SO ORDERED**.

Signed: September 9, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge